Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:15-mj-0091-MJS |
| Plaintiff, | |
| v. | STIPULATION TO VACATE TRIAL DATE AND SET FOR STATUS CONFERENCE; AND ORDER THEREON |
| GLENDY MARCIELA MURCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Glenday Murcia, by and through her attorney of record, Timothy Zindel, that the trial date in the above-captioned matter set for June 30, 2016  be vacated, and the matter be set for status conference on July 19, 2016 at 10:00 a.m.  This matter was recently assigned to defense counsel and he is in the process of locating defendant.  The parties anticipate multiple expert witnesses will be required for the trial.  The parties therefore request the court vacate the trial to allow time for defendant to contact and confer with counsel.  The parties further stipulate to and request the Court order Defendant to be personally present at the July 19, 2016 status conference.

Dated:  June 23, 2016                    /S/ Susan St. Vincent
                                         Susan St. Vincent
                                         Legal Officer
                                         Yosemite National Park


Dated:  June 23, 2016                     /S/ Timothy Zindel
                                         Timothy Zindel
                                         Attorney for Defendant
                                         Glendy Murcia


## ORDER

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the June 30, 2016 trial in the matter of U.S. v. Murcia, case number 6:15-MJ-0091-MJS, is hereby vacated, and the matter is set for a status conference on July 19, 2016 at 10:00 a.m. The Court further orders the defendant to be personally present at that status conference.

IT IS SO ORDERED.

Dated:   June 23, 2016                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE